Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Fort Myers Division

| | |
|---|---|
| DeBella, Lesa L. <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Reckitt Benckiser LLC <br> Mead Johnson And Company LLC <br> d/b/a Mead Johnson Nutrition Company <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 2:22cv292-SPC-MRM <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: _(check one)_  ☒ Yes   ☐ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lesa L. DeBella |
   | Street Address | 11472 Lake Cypress Lake |
   | City and County | Fort Myers of Lee County |
   | State and Zip Code | Florida 33913 |
   | Telephone Number | (239) 878-0212 |
   | E-mail Address | Lesadebella@icloud.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
- Name: Reckitt Benckiser, Mead JohnsNutrition Co, LLC
- Job or Title (if known): US Headquarters/Humaqn Resources
- Street Address: 225 North Canal Street 24th floor
- City and County: Chicago /Cook county
- State and Zip Code: IL, 60606
- Telephone Number: (312) 466-5800
- E-mail Address (if known): Vincent.avallone@klgates.com

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

> AMERICAN with Disabilties-EMPLOYMENT Action of Discrimination against an employee w/disabilities of any type in the workplace filed under 42U.S.C./12117. OTHER Action of Discrimination against an individual w/ disabiliuties in areas other then the employment filed under 42U.S.C./12133
> EMPLOYMENT Action filed under Age Discrimination in Employment Act 29.621:634 Title VII 42:2000E, Performance Rating Act of 1950:4303.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

*(foreign nation)* _____ .

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Plantiff had been an excellent exceeding employee for 18 yrs with zero complaints in her employment file. March of 2020 Covid 19 global pandemic occurred. April of 2020 the Plantiff followed Corporate compliance and contacted Human Resources(HR) of Defendant and followed compliance thru Employee assist program (EAP) seeking assistance. Plantiff was refered to Defendants corporate EAP and began the process for Mental Health support as directed thru HR and began treatment for the conditioin she was seeking help for. Unknown to the Plantiff if this was under FMLA, STD or other the Plantiff followed thru all of HR compliance guidelines and the Health Care Provider (HCP) within the plan given. The Plantiff was paid during this time and treated to return to work. After returning to work in Sept of 2020 the Plantiff had an entire work plan of practice change due to Covid restrictions. The Plantiff was an Excutive Territory Manager of 3 counties in SWFL which was soley her responsibilty with Reckitt Benkiser and needed support upon returning to adjust to new practices and communication to her accounts. Dec.2020, the Plantiff was placed on a Performance imporvement plan(PIP) which she signed,"In Protest" with legal suppourt. This PIP was changed 3 times with corporate HR. The Plantiff was not getting the support she needed thru the chain of command and had reached out to management and HR with little results and instructed that it was her responsibility to handle her technolgy needs based on her 18 yrs with the company. Feb, 2021 after excessive attempts by the Plantiff to resolve technolgy issues the HR and Management acknowledged thru the Internal Technolgy(IT) departmenmt that the former Manager Daniel Thornton( who had recently retired in Jan 2021) had not given Corporate IT permission to allow the Plantiff back to the Corporate IT platforms. After the Plantiff colaborated with management chain,( the Regional Manager Corey Hebert and HR Kimberly Mazzocchi) they acknowledged the issue that the Plantiff was never given corporate approval and corrected this with their corporate approval approx 1 week later. The Plantiff was given 2 new corporate devices and was achieving her 30 day PIP without issue. Several days after the Plantiff had received her new corporate devices she had a meeting to follow up with HR and Regional Manager at midpoint of her PIP plan and was told that they were making a corporate decission to let her go. This included a zero benefits package niether her end of year earned bonus for 2020 (in which the plantiff out performed her pears dispite the time she had taken off thru EAP and technolgy issues). The Plantiff has always outperformed her peers. The Plantiff was told during the Feb 19,2021 zoom conference that her Time off thru EAP was never approved which was 7 months prior . Therfore, Plantiff is seeking Discrimination charges against defendant.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plantiff is asking for relief due to her 18 yrs of excellent employment and at the age of 53 when Defendant decriminated against Plantiff causeing, "EPISODIC" major life activities toward the Plantiff. Plantiff is requesting for relief. This relief includes average pay from the Plantiffs last 5yrs ($109,331.04) x 10yrs which she would have retired equally to $1,093,310.40. As well as all health benefits, 401K contributions, transportation allotment, life insurance plans, taxes contributions average last 5yrs years($17,736.94) x 10yrs which she would have retired equally $177,369.40. Plantiff is also asking for the statute or common law interpreting the cause of action including the laws on dicrimination, Conscientious Employee Protection Act, Family Medical Leave Act and Wage Payment Law ( all includes back pay and front pay,emotional distress damages,cummulative and punitive damages and reasonable attorney fees and cost). this would also include economic loss,time loss, physical and emotional stress, and in some cases severe emotional trauma, illness,homelessness or other irreparable harm resulting from the strain of employment controveries; anxiety caused by a lack of informatioin, uncertainty, and resultant plan difficulty; career , education,family and social disruption and adjustment issues.
Plantiff is asking in a total $3,483,528.00 .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/02/2022

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Lesa L. DeBella

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address: